UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00076 |
| ) | JUDGE CAMPBELL |
| JASON POWELL ) | |

ORDER

Pending before the Court is Jason Powell's Motion to Extend Deadline to Submit Plea Agreement and Plea Hearing Date (Docket No. 303). The Motion is GRANTED in part and DENIED in part.

The deadline to submit any proposed plea agreement is extended to March 24, 2014 for Defendant Jason Powell ONLY. The plea hearing remains scheduled for March 24, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE