UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| ALLEN R. WALKER, et al. | ) | |

ORDER

The Court will hold change of plea hearings on March 24, 2014 for the following

Defendants at the times indicated. Any Defendant who does not intend to plead guilty need not

attend the hearing scheduled for March 24, 2014, at 1:00 p.m., the trial having been continued by

contemporaneous Order.

1:00 p.m.     Jeffrey Johnson
              Billy Griffith

2:00 p.m.     Ashley Johnson
              Robert Hall

3:00 p.m.     Anthony James
              Jason Powell

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE