UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| JASON POWELL | ) | |

ORDER

Pending before the Court is Jason Powell's Motion To Change Time Of Plea Hearing (Docket No. 312). Through the Motion, the Defendant requests that the hearing set for March 24, 2014, at 3:00 p.m., be reset to 1:00 or 2:00 p.m. because counsel has child care obligations at 3:00 p.m.

The Motion is GRANTED as follows: The Court set the hearing for 3:00 p.m. because counsel indicated that she needed more time to submit the plea agreement to the Court. If counsel submits the plea agreement in advance of 1:00 p.m., the Court will hold the hearing at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE